IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TAMARA L. TROYAN, | ) | Case No. 1:24-CV-02040 |
| | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE CLAY |
| v. | ) | |
| | ) | **ORDER & OPINION** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

On August 25, 2025, Magistrate Judge Clay filed a report and recommendation ("R&R") recommending the final decision of the Commissioner be reversed and the matter be remanded for further proceedings. ECF 15. The R&R also recommended that this Court "further order the ALJ on remand to consider the reasons Ms. Troyan did not comply with her medications or attend treatment consistently" when assessing her claim for supplemental security income. *Id.* at 29. It is now September 9, 2025, and no objections to the R&R have been filed.

Under the relevant statute,

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(2); Local Civ. R. 72.3(b). The failure to timely file written objections to a Magistrate Judge's R&R constitutes a waiver of the right to

obtain a *de novo* review of the R&R in the district court. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). The failure to file written objections also results in a waiver of the right to appeal. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

Here, the time for objection has passed and no objections have been filed. Nonetheless, the Court has reviewed the Magistrate Judge's thorough R&R. The Court agrees with the Magistrate Judge that the ALJ erred in evaluating the state agency psychological consultant's opinion by failing to provide an explanation that would allow for the Court to meaningfully review whether the ALJ's determination was based in substantial record evidence, as well as having erred by failing to consider the reasons why Ms. Troyan struggles with complying with her prescribed treatment regimen. Consequently, the Court agrees with the Magistrate Judge that the Commissioner's final decision should be reversed and remanded for further proceedings. The Court **ADOPTS** the R&R in full, **REVERSES** the Commissioner's decision, and **REMANDS** the above-captioned case for additional proceedings.

**IT IS SO ORDERED.**

Dated: September 9, 2025

*s/Dan Aaron Polster*
United States District Judge